No. 93–7953.  RAMOS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7954.  MILLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7956.  SNELLING *v.* CHRYSLER MOTORS CORP. ET AL.  Ct. App. Mo., Eastern Dist.  Certiorari denied.

No. 93–7960.  WARE *v.* GRAYSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 93–7968.  BUCHNER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 93–7969.  CURTSINGER *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7975.  NWIZZU *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 93–7976.  NASON *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 93–7977.  RECTOR *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 93–7980.  MAYS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 93–7987.  FACCIO-LABOY *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.